UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATOYA J. HARRIS,<br><br>                              Plaintiff,<br><br>       -against-<br><br>SONY ENTERTAINMENT, et al,<br><br>                              Defendants. | 20-CV-6833 (CM)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued September 17, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 17, 2020
           New York, New York

                                                   COLLEEN McMAHON
                                           Chief United States District Judge